173 So.2d 541

**FRIENDLY FINANCE DISCOUNT CORPORATION**

**v.**

**Berniesteen HAYDEN et ux.**

No. 47694.

April 15, 1965.

In re: Friendly Finance Discount Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 171 So.2d 717.

Writ refused. Under the facts found by the Court of Appeal we find no error of law.